IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GIEUN KIM,

    Plaintiff,

v.

ASSI DULUTH PLAZA, INC.,
CHOON OK RHEE, YOON KI
CHUNG,

    Defendant.

CIVIL ACTION FILE

NO. 1:16-cv-1187-MHC

## ORDER

The parties in this case appeared before Chief Magistrate Judge Linda T. Walker for mediation on February 28, 2017, and settled this case.

The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this 6th day of March, 2017.

_____
MARK H. COHEN
United States District Judge