## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **GIEUN KIM,** ) | |
| ) | CIVIL ACTION |
| **Plaintiff,** ) | FILE NO. 1:16-CV-01187-MHC |
| ) | |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **ASSI DULUTH PLAZA, INC.,** ) | |
| **CHOON OK RHEE, and** ) | |
| **YOON KI CHUNG,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

The parties through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Submitted this 11th day of May, 2017.

| | |
|---|---|
| /s/ *Regina Molden* | /s/ *Raanon Gal* |
| Regina S. Molden | Raanon Gal |
| Georgia Bar No. 515454 | Georgia Bar No. 100281 |
| rmolden@moldenlaw.com | rgal@taylorenglish.com |
| **Molden Law Firm, LLC** | **Taylor English Duma LLP** |
| Peachtree Center – Harris Tower | 1600 Parkwood Circle, Suite 400 |
| 233 Peachtree Street, NE, Suite 1245 | Atlanta, Georgia  30339 |

{00932321.DOCX / }

Atlanta, GA  30303
Telephone: (404) 324-4500
Facsimile: (404) 324-4501

*Attorney for Plaintiff Gieun Kim*

Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376

*Attorney for Defendant Assi Duluth Plaza, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GIEUN KIM,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | **FILE NO. 1:16-CV-01187-MHC** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **ASSI DULUTH PLAZA, INC.,** | ) | |
| **CHOON OK RHEE, and** | ) | |
| **YOON KI CHUNG,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I certify that on May 11, 2017, I electronically served the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

> Raanon Gal
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia  30339

> /s/Regina Molden
> Regina Molden
> Georgia Bar No. 515454
> *Attorney for Plaintiff*

{00932321.DOCX / }